# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MELVIN JOHN SALAS NAPUTI,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 23-00001<br><br>**ORDER ACCEPTING PLEA OF GUILTY<br>AND ADJUDICATING GUILT** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Counts 3 and 5 of a Superseding Indictment charging the Defendant with Attempted Possession with Intent to Distribute Fifty or More Grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2; and Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), respectively, is now Accepted and the Defendant is Adjudged Guilty of such offense(s).

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
　　　Chief Judge
**Dated: Jul 26, 2023**

1