# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-23-00001          DATE: January 24, 2024

HON. ALEX R. MUNSON, Senior Judge, Presiding

Law Clerk: None Present

Courtroom Deputy: Virginia T. Kilgore

Court Reporter: Veronica Flores

Hearing Times: 1:58 - 3:06

**APPEARANCES:**

Defendant: Melvin John Salas Naputi

☑Present ☑Custody ☐Bond ☐P.

U.S. Attorney: Rosetta San

U.S. Probation: Jeffrey

Attorney: Jehan'ad G. Martinez

☑Present ☐Retained ☐FPD ☑CJA

U.S. Agent: Richard Flores, HSI

**PROCEEDINGS: Sentencing**

- Parties agreed to the forfeiture stipulated that the remaining issues of forfeiture be held in abeyance. Government to submit amended motion and proposed order.
- Defendant committed to the Bureau of Prisons for a term of 360 months with credit for time served as to Count 3 and 15 Years for Count 5 to run concurrently with Count 3.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 10 Years for Count 3 and 3 Years for Count 5 to run concurrently with Count 3.
- Fine waived.
- Special assessment fee of $200.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Court granted the motion for forfeiture with the exception of the real property. Counsel to submit a motion or stipulation by February 9, 2024 and to be decided by Chief Judge Frances Tydingco-Gatewood.
- Court informed parties that judgment will not be held in abeyance pending forfeiture valuation.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Defense counsel's request for his client to meet with his family in court or at the USMS office denied.
- Counts 1, 2 and 4 dismissed.

NOTES: